# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312−1 | User: admin | Date Created: 6/26/2019 |
| Case: 19−15256−ABA | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Jorge F. Coombs      jcoombs@youngbloodlegal.com

TOTAL: 1